Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff*

Kevin J. Stack, Esq. (SBN 727782)
KNAPP, PETERSON & CLARKE
550 North Brand Blvd., Suite 1500
Glendale, CA 91203-1922
Telephone: 818-547-5000
Fax: 818-547-5329
kjs@kpclegal.com

*Attorney for Defendant Jonathan Construction, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN CONSTRUCTION INC., and DOES 1-10, inclusive, and each of them, <br><br> Defendants. | Case No. 2:20-cv-00575-JFW-MRW <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court via email.

Dated:  September 23, 2020            Respectfully Submitted,

/s/ Todd M. Friedman
Todd M. Friedman (SBN 216752)
*Attorney for Plaintiff*

/s/ Kevin L. Stack
Kevin J. Stack (SBN 727782)
*Attorney for Defendant,*
*Jonathan Construction, Inc.*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix their electronic signature to this document.

Dated: September 23, 2020

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:   /s/Todd M. Friedman
**TODD M. FRIEDMAN**
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

Filed electronically on September 23, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on September 23, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

/s/Todd M. Friedman
  Todd M. Friedman